Joel D. Odou
Nevada Bar No. 7468
Analise N. M. Tilton
Nevada Bar No. 13185
Eleanor D. Murphy
Nevada Bar No. 15071
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
jodou@wshblaw.com
atilton@wshblaw.com
emurphy@wshblaw.com

Attorneys for Defendants Swift Transportation
Co. of Arizona, LLC and Miguel Calderon

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS BRONZIE,<br><br>Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; MIGUEL CALDERON; JOHN DOES I-XX, inclusive; ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES, I-X, inclusive,<br><br>Defendant. | Case No. 3:21-cv-00299-WGC<br><br>**STIPULATION AND ORDER REGARDING INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF BY JAMES R. RAPPAPORT, M.D.**<br><br>Trial Date:     None Set |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, DOUGLAS BRONZIE, by and through his attorneys of record, Julie McGrath Throop, Esq. and Terry A. Friedman, Esq. of Terry A. Friedman and Julie Throop, PLLC, and Defendants, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and MIGUEL CALDERON, by and through their attorneys of record, Joel D. Odou, Esq., Analise N. M. Tilton, Esq. and Eleanor D. Murphy, Esq., of the law firm of WOOD, SMITH, HENNING & BERMAN LLP, to the terms of the Independent Medical Examination (hereinafter "examination") as follows:

1. The examination of Plaintiff shall be conducted by James R. Rappaport, M.D. ("Rule 35 medical examiner") on February 10, 2022 at 1:30 p.m. No other physician, surgeon, or chiropractor shall be present during the examination. If necessary, the Rule 35 medical examiner may utilize members of his/her staff to assist during the examination;

2. Plaintiff will arrive at 1 p.m., and will not be made to wait in the doctor's waiting room for the examination to begin for more than 45 minutes. However, should Plaintiff be made to wait more than 45 minutes, Plaintiff's counsel will contact Defendants' counsel so that Defendants' counsel can make a good faith effort to remedy the issue regarding Plaintiff's extended wait time;

3. The examination shall be conducted in at Sierra Regional Spine Institute located at 6630 S. McCarran Blvd., #A4, Reno Nevada 89509.

4. No CT scans or MRIs shall be performed on the Plaintiff in the course of the examination, nor shall any medical treatment be rendered to the Plaintiff by the Rule 35 medical examiner;

5. Any paperwork or forms that Defendants (or the Rule 35 medical examiner) required for the examination shall be submitted to Plaintiff's counsel for review no later than one week prior to the examination and Plaintiff shall have the opportunity to provide supplemental information to the Rule 35 medical examiner prior to the examination;

6. The Rule 35 medical examiner shall be provided with a copy of these terms and conditions prior to the examination;

7. Defendants will timely produce their Rule 35 medical examiner's expert report, if Defendants request the same to be prepared, pursuant to the operative discovery deadlines;

8. Neither defense counsel or Plaintiff's counsel, nor anyone from the defense counsel's office or Plaintiff counsel's office, may attend the examination; and

9. The examining physician shall not engage in *ex parte* contact with Plaintiff's treating

health care providers, with regard to the Plaintiff.

10. The Rule 35 medical examiner will retain all handwritten notes, e-mails sent and received, invoices, communications and all documents generated or received, including draft reports, related to the examination.

11. If a report is requested by Defendants, the examiner will accurately report his/her findings and test results.

12. Liability questions may not be asked by the examining physician or any agent or representative of the examining physician.

13. A videographer, court reporter or recording device will not be permitted during the independent medical examination.

14. The Rule 35 medical examiner's report, if one is requested by Defendants, will list all tests, exams, other materials (radiographs, test results, other physician reports) that are used by the examiner to form the examiner's opinions and conclusions.

Dated: this 20th day of December, 2021

TERRY A. FRIEDMAN
AND JULIE THROOP, PLLC

*/s/ Julie McGrath Throop*

_____
JULIE McGRATH THROOP
Nevada Bar No. 11298
TERRY A. FRIEDMAN
Nevada Bar No. 1975
300 S. Arlington Avenue
Reno, NV 89501
Attorneys for Plaintiff, Douglas Bronzie

Dated: this 20th day of December, 2021

WOOD SMITH HENNING & BERMAN LLP

*/s/ Eleanor D. Murphy*

_____
JOEL D. ODOU
Nevada Bar No. 7468
ANALISE N. M. TILTON
Nevada Bar No. 13185
ELEANOR D. MURPHY
Nevada Bar No. 15071
Attorneys for Defendants Swift Transportation
Co. of Arizona, LLC and Miguel Calderon

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

23128200.3:05742-0065    -3-    Case No. 3:21-cv-00299-WGC
STIPULATION AND ORDER REGARDING INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF BY JAMES R. RAPPAPORT, M.D.

Case Name: **Bronzie v. Swift Corporation Co. of Arizona, LLC et al.**
Case No.:  **3:21-cv-00299-WGC**

### ORDER

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows: The Independent Medical Examination ("examination") of Plaintiff shall be conducted by James R. Rappaport, M.D. of Sierra Regional Spine Institute located at 6630 S. McCarran Blvd., #A4, Reno Nevada 89509 ("Rule 35 medical examiner") on February 10, 2022 at 1:30 p.m. in accordance with the terms of the above Stipulation.

IT IS HEREBY ORDERED this 21st day of December, 2021

*William G. Cobb*
_____
**MAGISTRATE JUDGE**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

23128200.3:05742-0065                -4-                Case No. 3:21-cv-00299-WGC
STIPULATION AND ORDER REGARDING INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF
BY JAMES R. RAPPAPORT, M.D.