# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS BRONZIE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | 3:21-cv-00299-CSD<br><br>**ORDER** |

Pursuant to the Scheduling Order (ECF No. 35), the parties shall file their Joint Pretrial Order on or before **Friday, December 9, 2022.**

**IT IS SO ORDERED.**

DATED:  November 16, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1