1  Joel D. Odou
   Nevada Bar No. 7468
2  Analise N. M. Tilton
   Nevada Bar No. 13185
3  Susana Santana
   Nevada Bar No. 13753
4  Dane W. Smith
   Nevada Bar No. 16002
5  **WOOD, SMITH, HENNING & BERMAN LLP**
   2881 Business Park Court, Suite 200
6  Las Vegas, Nevada 89128-9020
   Phone: 702 251 4100 ♦ Fax: 702 251 5405
7  jodou@wshblaw.com
   atilton@wshblaw.com
8  ssantana@wshblaw.com
   dsmith@wshblaw.com
9
   Attorneys for Defendants Swift Transportation
10 Co. of Arizona, LLC and Miguel Calderon

11              **UNITED STATES DISTRICT COURT**

12                **DISTRICT OF NEVADA**

13

14 DOUGLAS BRONZIE,                    Case No. 3:21-cv-00299-CSD

15              Plaintiff,             **NOTICE OF SETTLEMENT AND
                                       STIPULATION AND  ORDER TO
16         v.                          VACATE PENDING DISCOVERY
                                       DEADLINES**
17 SWIFT TRANSPORTATION CO. OF
   ARIZONA, LLC; MIGUEL CALDERON;      Trial Date:          None Set
18 JOHN DOES I-XX, inclusive; ABC
   CORPORATIONS I-X, inclusive; and
19 BLACK AND WHITE COMPANIES, I-X,
   inclusive,
20
                Defendant.
21

22

23         Pursuant to Local Rule IA 6-1 and 7-1, Plaintiff Douglas Bronzie ("Plaintiff") and

24 Defendants Swift Transportation Co of Arizona, LLC and Miguel Calderon ("Defendants"), by and

25 through their respective counsel of record, hereby stipulate and agree that future discovery deadlines

26 shall be **VACATED** based on the following:

27         1.      Plaintiff and Defendants participated in a confidential private mediation before the

28 Honorable Janet Berry (Ret.).

*(left margin vertical text)* WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

2.      The parties reached an agreement on all material terms to the settlement of the above-captioned action.

3.      The parties are in the process of documenting the settlement. Plaintiff requested and recently received the Final Medicare Demand Letter.

4.      As a result, in light of the settlement and in order to further judicial efficiency and avoid unnecessary fees and costs while the parties finalize their settlement documents, the parties' respectfully request that the future discovery deadlines, including, but not limited to, the Joint Pre-Trial Order due on December 9, 2022 be VACATED.

**IT IS SO STIPULATED.**

Dated this 18th day of November 2022

**TERRY   FRIEDMAN   AND   JULIE THROOP, PLLC**

*/s/ Julie McGrath Throop*
JULIE MCGRATH THROOP
Nevada Bar No. 11298
TERRY A. FRIEDMAN
Nevada Bar No. 1975
300 S. Arlington Avenue
Reno, NV 89501
*Attorneys for Plaintiff*

Dated this 11th day of November 2022

**WOOD, SMITH, HENNING & BERMAN LLP**

*/s/ Analise N. M. Tilton*
JOEL D. ODOU
Nevada Bar No. 7468
ANALISE N. M. TILTON
Nevada Bar No. 13185
*Attorneys for Defendants Swift Transportation Co. of Arizona, LLC and Miguel Calderon*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated this 21st day of November, 2022.

NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO VACATE PENDING DISCOVERY DEADLINES

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405