Joel D. Odou
Nevada Bar No. 7468
Analise N. M. Tilton
Nevada Bar No. 13185
Susana Santana
Nevada Bar No. 13753
Dane W. Smith
Nevada Bar No. 16002
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
jodou@wshblaw.com
atilton@wshblaw.com
ssantana@wshblaw.com
dsmith@wshblaw.com

Attorneys for Defendants Swift Transportation
Co. of Arizona, LLC and Miguel Calderon

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS BRONZIE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; MIGUEL CALDERON; JOHN DOES I-XX, inclusive; ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES, I-X, inclusive,<br><br>　　　　　Defendant. | Case No. 3:21-cv-00299-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date:　　　None Set |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, DOUGLAS BRONZIE (hereinafter "Plaintiff") and Defendants, Defendants Swift Transportation Co of Arizona, LLC and Miguel Calderon ("Defendants"), by and through their respective counsel of record, and hereby STIPULATE to DISMISSAL of all Defendants, with each party to bear its own attorneys' fees and costs.

This Stipulation may be executed in one or more counterparts, each of which shall constitute

a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

    **IT IS SO STIPULATED.**

Dated this 28th day of November 2022

**TERRY FRIEDMAN AND JULIE THROOP, PLLC**

*/s/ Julie McGrath Throop*
JULIE MCGRATH THROOP
Nevada Bar No. 11298
TERRY A. FRIEDMAN
Nevada Bar No. 1975
300 S. Arlington Avenue
Reno, NV 89501
*Attorneys for Plaintiff*

Dated this 28th day of November 2022

**WOOD, SMITH, HENNING & BERMAN LLP**

*/s/ Analise N. M. Tilton*
JOEL D. ODOU
Nevada Bar No. 7468
ANALISE N. M. TILTON
Nevada Bar No. 13185
*Attorneys for Defendants Swift Transportation Co. of Arizona, LLC and Miguel Calderon*

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

26894677.1:05742-0065     -2-     Case No. 3:21-cv-00299-CSD
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

*Case No. 3:21-cv-00299-CSD*
*Douglas Bronzie. v. Swift Transportation Co. of Arizona, LLC, et al.*

### ORDER

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the entire action entitled *Douglas Bronzie v. Swift Transportation Co. of Arizona, LLC, et al.*, Case No. *3:21-cv-00299-CSD*, is dismissed, WITH PREJUDICE, against all Defendants with each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

DATED this  2nd  day of December, 2022.



_____
**UNITED STATES MAGISTRATE JUDGE**